## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**MARY ROWAN, as Full Conservator,**
**SHELDY SMITH, a legally incapacitated**
**individual,**

Plaintiff,

-vs-

Wayne County Circuit Ct. Case No: 18-014931 NO
Judge:  Hon. Leslie Kim Smith

**DWAYNE JONES and**
**UNKNOWN OFFICERS, in their individual**
**and official capacities and CITY OF DETROIT,**
**Jointly and Severally,**

Defendants.

/

| | |
|---|---|
| **DAVID A. ROBSINON (P38754)** | **KRYSTAL A. CRITTENDON (P49981)** |
| **BRANDON MCNEAL (P81300)** | **ALFRED ASHU (P82536)** |
| **Robinson and Associates, P.C.** | **City of Detroit Law Department** |
| Attorney for Plaintiff | Attorneys for Defendants |
| 28145 Greenfield Rd., Suite 100 | Coleman A. Young Municipal Center |
| Southfield, MI 48076 | 2 Woodward Avenue, Suite 500 |
| (248) 423-7234 | Detroit, MI   48226 |
| davidrobinsonlaw@gmail.com | (313) 237-3031 |
| | critk@detroitmi.gov |

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
615 Griswold Street. Ste. 515
Detroit, MI 48226
(313)  963-5222
tekuhn@aol.com

/

## DEFENDANTS DWAYNE JONES and CITY OF DETROIT'S
## <u>NOTICE OF REMOVAL OF CIVIL ACTION</u>

1

The defendants, **DWAYNE JONES** and **CITY OF DETROIT**, hereby remove this action to this Court pursuant to 28 U.S.C. Sections 1441 and 1443(2), and say that:

1.      This action was commenced on or about November 20, 2018, in the Circuit Court for the Third Judicial Circuit of Michigan and is now pending in that Court.

2.      On or about December 19, 20187, Defendant DWAYNE JONES, received a copy of the Summons and Complaint which is attached hereto. (Exhibit A).

3.      According to the Wayne County Circuit Court Register of Actions, on or about December 20, 2018, Defendant CITY OF DETROIT received a copy of the Summons and Complaint which is identical to the Summons and Complaint served upon Defendant DWAYNE JONES.

4.       According to the allegations of the Complaint, the amount in controversy exceeds $25, 000.00.

5.      Plaintiff alleges in the Complaint that at all pertinent times, she was a resident of the City of Wayne, County of Wayne, State of Michigan.

6.      Defendant DWAYNE JONES was, at all pertinent times, employed by the City of Detroit.

7.     Defendant City of Detroit is a municipal corporation, located and doing business in the County of Wayne, State of Michigan.

8.     On January 8, 2019, Defendants DWAYNE JONES and CITY OF DETROIT filed the attached Answer to Plaintiff's Complaint, Reliance on Jury Demand, Demand for Compulsory Joinder, Notice of Special and Affirmative Defenses and Demand for Reply.  (Exhibits B and C).

9.     This is a civil action in which Plaintiff seeks monetary relief for the alleged misconduct of the defendants which is alleged to have resulted in the deprivation of certain rights protected by provisions of the United States Constitutions.  Defendants Dwayne Jones and City of Detroit remove the action to this Court, invoking the Court's federal jurisdiction, because Plaintiff bases the action, in part, on the United States Constitution and 42 U.S.C. Section 1983.

10.    This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. Sections 1331 and 1343, and the action is removable to this Court pursuant to 28 U.S.C. Sections 1441(a) and 1443(2).  The entire action is removable pursuant to those provisions and the Court's pendent jurisdiction.

11.    Copies of all process, pleadings and orders served upon the defendants in this action are attached.

12.    This Notice is filed within thirty days after service of a Summons and

3

a copy of the Complaint on Defendants DWAYNE JONES and CITY OF DETROIT.

13. Defendants THREE UNKNOWN DETROIT POLICE OFFICERS are currently unidentified and unserved as of the date of filing of this Notice of Removal and have not sought legal representation from the City of Detroit Law Department.

14. Should Defendants THREE UNKNOWN DETROIT POLCIE OFFICERS be identified, the caption in this matter is amended accordingly and they receive service of a Summons and Complaint and request legal representation, they shall concur in the removal of this action and such concurrence shall be timely filed with this Court.

15. The undersigned has prepared a written notice of the removal of this action, addressed to counsel for the plaintiff and to the Clerk of the Court from which this action is being removed. Promptly after filing this Notice of Removal of Civil Action, the undersigned will cause copies of that written notice to be filed with the Clerk of the Court from which this action is being removed and mailed by first class mail to counsel for the Plaintiffs.

**WHEREFORE** the above named Defendants remove this action to this Court.

4

Respectfully submitted,

_/s/ Krystal A. Crittendon_
**KRYSTAL A. CRITTENDON (P49981)**
Supervising Assistant Corporation Counsel
CITY OF DETROIT LAW DEPARTMENT
2 Woodward Avenue, Suite 500
Detroit, MI   48226
(313) 237-3031
critk@detroitmi.gov

DATED:      January 10, 2019

5

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

**MARY ROWAN, as Full Conservator,**
**SHELDY SMITH, a legally incapacitated**
**individual,**

Plaintiff,

-vs-

Wayne County Circuit Ct. Case No: 18-014931 NO
Judge:  Hon. Leslie Kim Smith

**DWAYNE JONES and**
**UNKNOWN OFFICERS, in their individual**
**and official capacities and CITY OF DETROIT,**
**Jointly and Severally,**

Defendants.

_____/

<u>AFFIDAVIT OF SERVICE</u>

**STATE OF MICHIGAN          )**
                                          **)SS**
**COUNTY OF WAYNE )**

TO:   **David A. Robinson, Esq.**          **Thomas E. Kuhn, Esq.**
        **Brandon McNeal, Esq.**           615 Griswold Street, Suite 515
        28145 Greenfield Road, #100       Detroit, MI   48226
        Southfield, MI   48076

Krystal A. Crittendon, being first duly sworn, deposes and says that on January 10, 2019, she placed a copy of *Notice of Removal of Civil Action* in the Mail Room of the City of Detroit Law Department for mailing to the addressee above by a Mail Clerk by prepaid first class postage and for depositing in the U. S. Mail.

Krystal A. Crittendon

Subscribed and sworn to before me
this 10th day of January, 2019

_____

Notary Public, Wayne County, MI
My Commission Expires:_____