# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A. | Plaintiff's Summons and Complaint filed in State Court. |
| B. | Defendant Dwayne Jones' Answer to Plaintiff's Complaint. |
| C. | Defendant City of Detroit's Answer to Plaintiff's Complaint. |

**EXHIBIT 1**

**EXHIBIT 2**

**EXHIBIT 3**